

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTIN BOWE<br>*Assistant Corporation Counsel*<br>Cell: (646) 498-7178<br>Desk: (212)356-0894 |
|---|---|---|

October 18, 2021

**VIA ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *R.P. v. New York City Dept. of Educ.*, 21-cv-4054(JMF)(SN)

Dear Judge Furman:

I am an Assistant Corporation Counsel in the office of Corporation Counsel Georgia M. Pestana, supervising attorney for the Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write to respectfully request that the corrected memorandum of law (attached at ECF 29) be accepted, *nunc pro tunc,* in replacement of the memorandum filed late Friday evening (ECF 27).  Due to administrative error, we filed a version of the memorandum with incorrect table of authorities and contents.  There are no changes withing the body of the memorandum itself other than to the two tables.  We apologize for this oversight and any inconvenience for the Court

Thank you for considering this submission.

Respectfully submitted,

/s/
Martin Bowe
Senior Assistant Corporation Counsel

cc:   Erin Murray, Esq (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

October 19, 2021