UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
R.P., individually and on behalf of E.H.P., a child with a disability,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendant.
-----------------------------------------------------------X

21 **CIVIL** 4054 (JMF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2022, R.P.'s motion for summary judgment is GRANTED, but she is awarded less in fees and costs than she requests. In particular: (1) R.P. is entitled to fees at an hourly rate of $375 for Andrew Cuddy and Jason Sterne, $300 for Kevin Mendillo, $200 for Justin Coretti, $150 for Erin Murray, $125 for Amanda Pinchak, John Slaski, and Sarah Woodard, and $100 for the other paralegals; (2) CLF is not entitled to costs or fees for work performed after July 7, 2021; (3) CLF's hours attributable to the administrative proceedings are reduced by twenty percent and its compensable hours attributable to the federal action are reduced by thirty percent; and (4) CLF is not entitled to costs for faxing and to only $0.10 per page for copying. In total, R.P. is awarded $18,007.02, consisting of $16,014.00 in attorney's fees and $66.77 in costs for the administrative proceedings and $1,524.25 in attorney's fees and $402.00 in costs for this action for work performed before July 7, 2021. In addition, R.P. is awarded post-judgement interest on this amount, calculated at the applicable statutory rate.

**Dated:** New York, New York
        April 27, 2022

                                                                  **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                        **BY:**
                                                                     **Deputy Clerk**